# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 25, 2016

## NO. 03-15-00819-CR

**Timothy Steven Blackard, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM 33RD DISTRICT COURT OF BURNET COUNTY
BEFORE JUSTICES PURYEAR, PEMBERTON, AND FIELD
MODIFIED AND, AS MODIFIED, AFFIRMED –
OPINION BY JUSTICE PEMBERTON**

This is an appeal from the judgment of conviction signed by the district court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's judgment of conviction but that there was error requiring correction. Therefore, the Court modifies the district court's judgment of conviction to delete the order for repayment of $6,330.00 in attorney's fees. The Court affirms the judgment of conviction as modified. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.